[No. 10493–4–I.   Division One.   November 1, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE LYNN VAUGHN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81–8–00490–5, Nancy A. Holman, J., entered June 24, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Williams, JJ.

[No. 10676–7–I.   Division One.   November 1, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT "BUDDY" WHITE EAGLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81–1–01117–5, Frank J. Eberharter, J., entered August 21, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Williams, J.

[No. 10770–4–I.   Division One.   November 1, 1982.]

VERONICA PARKER, *Appellant*, v. VIRGINIA PARKER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 80–2–07790–2, David C. Hunter, J., entered December 10, 1980. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Callow and Scholfield, JJ.

[No. 10381–4–I.   Division One.   November 1, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LEROY PINES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80–1–03302–2, George T. Mattson, J., entered May 8, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Corbett, J.